

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00107-CR

EX PARTE THOMAS AVEN COLE

Appeal from the County Criminal Court at Law No. 10 of Harris County. (Tr. Ct. No. 2005582).

After due consideration, the Court grants the motion to dismiss the appeal filed by the appellant, Thomas Aven Cole.   Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 27, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.